```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PATTY JO DUTTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   11-CR-386 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING ARRAIGNMENT |
| PATTY JO DUTTER, ) | |
| ) | Date:  October 24, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Gregory G. Hollows |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, David Stevens, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for PATTY JO DUTTER, that the Court vacate the arraignment on October 3, 2011 at 9:00 a.m. and set a arraignment and change of plea on October 24, 2011 at 9:00 a.m.

   The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.

1  Furthermore, the defendant has transportation issues getting to court
2  that cannot be resolved prior to October 3rd.  The parties stipulate
3  that for the purpose of computing time under the Speedy Trial Act, the
4  Court should not begin to run until the date of the arraignment.  18
5  U.S.C. § 3161(c)(1).

6  Dated:   September 22, 2011
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        PATTY JO DUTTER

Dated: September 22, 2011               BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ David Stevens
                                        DAVID STEVENS
                                        Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.


Dated: September 23, 2011

                    /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE


Stipulation and Order                   -2-