BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-386-GGH |
| Plaintiff, | ORDER SETTING RESTITUTION PAYMENTS |
| v. | |
| PATTY JO DUTTER, | |
| Defendant. | |

It is hereby ordered that the defendant Patty Jo Dutter's conditions of probation be modified to add the condition that the Social Security Administration shall be paid $100 a month from benefits that the defendant would otherwise receive from the Social Security Administration, until restitution is fully paid.

IT IS SO ORDERED.

Dated: August 13, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE